UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS EPPERSON, JR., | ) | 1:08-CV-00151 SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING RESPONDENT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | [Doc. #10] |
| | ) | |
| | ) | ORDER DIRECTING RESPONDENT TO |
| JAMES D. HARTLEY, | ) | FILE RESPONSE |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated April 28, 2008, this case was assigned to the undersigned for all purposes, including entry of final judgment.

On April 24, 2008, the undersigned issued a Findings and Recommendation which recommended Respondent's motion to dismiss for failure to exhaust be denied, and Petitioner be ordered to show cause why the petition should not be dismissed for procedural default. The Findings and Recommendation was served on all parties, who were notified that objections could be filed within thirty (30) days. As noted above, four days later the case was reassigned to the undersigned.

On May 5, 2008, Petitioner filed objections to the Findings and Recommendation. He does

1 not take issue with the recommendation that Respondent's motion to dismiss be denied; rather, he
2 jumps the gun and attempts to show cause why the petition should not be dismissed for procedural
3 default, even though an order to show cause had not yet been issued. He then filed a supplement to
4 his objections on May 12, 2008, arguing again against dismissal for procedural default.

5      On May 12, 2008, Respondent filed his objections to the Findings and Recommendation.
6 Respondent disputes the finding that Petitioner's federal claim was pleaded with sufficient
7 particularity to the California Supreme Court, and he asserts his objection in order to preserve the
8 issue for purposes of appeal.

9      Upon review of the parties' objections, the Findings and Recommendation will be adopted as
10 the order in this case. Therefore, the issue becomes whether the claim is procedurally defaulted.
11 Petitioner has already attempted to show cause why the claim should not be considered defaulted,
12 but Respondent has not had the opportunity to respond.

13 **ORDER**

14      Accordingly, IT IS HEREBY ORDERED:

15      1. Respondent's Motion to Dismiss is DENIED;

16      2. Respondent is GRANTED thirty (30) days from the date of service of this order to brief
17 the issue of procedural default. Petitioner may reply to Respondent's response within fifteen (15)
18 days thereafter.

19 IT IS SO ORDERED.

20 **Dated:   May 14, 2008**          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28